IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HEATHER M. LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv1011-VPM |
| | ) | [WO] |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 24 April 2006, the defendant filed a motion (Docs. ## 17, 18) seeking reversal and remand of the administrative decision the plaintiff challenges in this lawsuit. As grounds for the motion, the defendant states that "[t]he [Administrative Law Judge] in this case did not properly develop the record as to the severity of Plaintiff's impairments, including her mental impairment. Moreover, the ALJ did not properly evaluate Plaintiff's residual functional capacity" (Doc. # 18, p. 1).

The defendant contends that the record does not support an "outright reversal" for an award of benefits but concedes that reversal and remand "pursuant to sentence four of 42 U.S.C. § 405(g)" is the appropriate remedy. The plaintiff has responded to the motion and "consents to the case being remanded" (Doc. # 19).

Upon consideration of the parties' submissions, it is hereby

ORDERED that the plaintiff's motion to reverse the final decision of the Commissioner and to remand this case for further proceedings to allow the Commissioner

to fully develop the record and properly evaluate the plaintiff's residual functional capacity is GRANTED.

DONE this 27th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE